Metropolitan Tabernacle Church v. City of Chattanooga

Complaint Exhibit 3:

Governor's Executive Order No. 23



# STATE OF TENNESSEE
# EXECUTIVE ORDER
### BY THE GOVERNOR

No. 23

### AN ORDER AMENDING EXECUTIVE ORDER NO. 22, REQUIRING TENNESSEANS TO STAY HOME UNLESS ENGAGING IN ESSENTIAL ACTIVITY OR ESSENTIAL SERVICES

**WHEREAS,** on March 30, 2020, I issued Executive Order No. 22; and

**WHEREAS,** it is beneficial to clarify and strengthen Executive Order No. 22 in order to contain the spread of COVID-19;

**NOW THEREFORE,** I, Bill Lee, Governor of the State of Tennessee, by virtue of the power and authority vested in me by the Tennessee Constitution and other applicable law in light of the continuing state of emergency to facilitate the response to COVID-19, do hereby amend Executive Order No. 22, dated March 30, 2020, by deleting in its entirety Paragraph No. 1 and substituting the following language instead:

1. <u>Safer at home</u>. Because staying at home as much as possible for a temporary period of time will protect the health and safety of Tennesseans by limiting the spread of COVID-19 and preserving health care resources, all persons in Tennessee are required to stay at home, except for when engaging in Essential Activity or Essential Services as defined in this Order.

All remaining provisions of Executive Order No. 22 remain in full force and effect.

**IN WITNESS WHEREOF,** I have subscribed my signature and caused the Great Seal of the State of Tennessee to be affixed this 2nd day of April, 2020.

_____
GOVERNOR

ATTEST:

_____
SECRETARY OF STATE