Metropolitan Tabernacle Church v. City of Chattanooga

Complaint Exhibit 6:

Mayor's Executive Order 2020-07



# City of Chattanooga

## Mayor Andy Berke

### CIVIL EMERGENCY PROCLAMATION AND EXECUTIVE ORDER
### REGARDING SHELTER AT HOME
### BY MAYOR ANDY BERKE FOR THE CITY OF CHATTANOOGA
### No. 2020-07

**WHEREAS**, Coronavirus Disease 2019 ("COVID-19") is a communicable respiratory disease that can lead to serious illness or death, particularly in the case of elderly adults and persons with serious chronic medical conditions; and

**WHEREAS**, on January 21, 2020, following the guidance of Centers for Disease Control and Prevention, the Tennessee Department of Health designated COVID-19 as a reportable disease in Tennessee; and

**WHEREAS**, on March 11, 2020, the World Health Organization declared the COVID-19 outbreak a global pandemic; and

**WHEREAS**, on March 12, 2020, the Governor for the State of Tennessee first issued an Executive Order to facilitate the treatment and containment of COVID-19, pursuant to Tennessee Code Annotated § 58-2-107(e)(1); and

**WHEREAS**, on March 13, 2020, the President of the United States declared a national state of emergency in response to the COVID-19 pandemic; and

**WHEREAS**, on March 19, 2020, I initially declared a state of emergency for the City of Chattanooga, pursuant to Tennessee Code Annotated § 38-9-101 et seq. and § 58-2-101 et seq. and City of Chattanooga Charter, Article 2.1 in response to the COVID-19 pandemic; and

**WHEREAS**, pursuant to the authority invested in the Mayor under Tennessee Code Annotated § 38-9-101, et seq. and 58-8-104 and 58-2-110 (3) and City of Chattanooga Code § 20-41, et seq., the Mayor may proclaim in writing the existence of a civil emergency, as defined therein; and

**WHEREAS**, on March 20, 2020, pursuant to the authority invested in the Mayor under Tennessee Code Annotated § 38-9-101, et seq. and City of Chattanooga Charter, Article 2.1, and City of Chattanooga Code §§ 20-41, et seq., I issued Civil Emergency Proclamation and Executive Order No. 2020-03 ("Executive Order No. 2020-03") closing restaurants and bars for on-site consumption as well as closing gyms and exercise facilities. I also issued Executive Order No. 2020-04 closing additional businesses, including indoor portions of retail shopping malls and facilities where certain personal care services are performed; and I issued Executive Order No. 2020-05 regarding temporary off-premises beer sales and deliveries and closing City Hall, City Development Resource building, and Annex Business offices to the public on March 27, 2020; and

1

**WHEREAS**, as of April 8, 2020, the Hamilton County Health Department has reported 94 confirmed cases of COVID-19 in Hamilton County and 9 deaths and that community transmission may be occurring; and

**WHEREAS**, as of April 8, 2020, there were at least 4,362 positive COVID-19 tests and 79 deaths from COVID-19 reported in the state of Tennessee; and

**WHEREAS**, more than 2,000 physicians in this state have signed an online petition asking the Governor to consider a mandatory shelter-in-place order to save lives by stopping the spread of the virus and reducing the strain on hospital systems and COVID-19 continues to present a severe danger to public health and the Governor has issued a stay at home unless engaging in Essential Activities Order as Executive Order No. 22 on March 30, 2020 which remains in effect until 11:59 p.m., CDT on April 14, 2020;

**NOW, THEREFORE, I, ANDY BERKE, MAYOR OF THE CITY OF CHATTANOOGA,** by virtue of the powers vested in me, do hereby proclaim that a local public health civil emergency continues to exist in the City of Chattanooga, Tennessee and I hereby direct and order the following:

1.   Shelter at Home. All individuals currently living within the City are ordered to shelter at their place of residence unless otherwise exempted as outlined in this Order. For purposes of this Order, residences include hotels, motels, shared rental units, and similar facilities. To the extent individuals are using shared or outdoor spaces, they must at all times as reasonably possible maintain social distancing of at least six feet from any other person when they are outside their residence. All persons may leave their residences **only for Essential Activities, Essential Governmental Functions, or to operate Essential Services Businesses as defined in paragraph 6 of this Order**. Individuals experiencing homelessness are exempt from this section, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to make such shelter available as soon as possible and to the maximum extent practicable for homeless individuals (and to use COVID-19 risk mitigation practices in their operation). Individuals whose residences are unsafe or become unsafe, such as victims of domestic violence, are permitted and urged to leave their home and stay at a safe alternative location. **This Order which was initially issued as Executive Order 2020-06 is extended for 7 additional days as allowed under Tennessee Code Annotated § 38-9-101, et seq. and 58-8-104 and 58-2-110 (3).**

2.   All previous Orders and restrictions which were contained in my Executive Order 2020-06 relative to Travel Restrictions; Mass Gatherings Prohibited; Closure of Non-Essential Services Businesses; Essential Activities; Essential Services Businesses; Non-Essential Services Businesses; Essential Travel; Healthcare Operations; Essential Infrastructure; Essential Governmental Functions; Minimum Basic Operations; Social Distancing Requirements; and the Temporary closure and Suspension of access to all city-owned public spaces, including Miller Park, Walnut Street Bridge, Stringer's Ridge, and all city owned public parks which are included in the Attached Master List of City Parks as Attachment A to Executive Order 2020-06 shall remain in full force and effect during the term of this Order. To enforce the terms of this Order City employees may continue to block ingress/egress (like close both ends of Walnut Street Bridge) to prevent access which may be in violation of the CDC Social Distancing requirements. Any City public spaces which shall remain open shall be designated by signage and shall be subject to the social distancing rules in this Order.

3. This Order continues to include any for-profit, non-profit, or educational entities, regardless of the nature of the service, the function such businesses perform, or the corporate or entity structure of such businesses.

4. This Order does not apply to employees of the City of Chattanooga. Employees of the City shall follow all current and future directives and orders issued by the Mayor of Chattanooga that are specifically directed at them.

5. The Chattanooga Police Department, Land Development Office, and Fire Marshal is authorized to enforce and close those businesses within the City of Chattanooga in violation of this Order.

6. A determination that any provision of this Order is invalid will not affect the enforceability of any other provision of this Order. The remaining provisions shall remain in full force and effect. Any invalid provision will be modified to the extent necessary for enforceability.

7. This Order shall be extended effective at 12:01 AM on Saturday, April 11, 2020, and shall remain in effect until withdrawn or extended pursuant to Tennessee law.

8. PURSUANT TO TENN. CODE ANN. § 58-2-110 (3) the duration of this Executive Order is limited to seven (7) days initially and may be extended, as necessary, in additional seven-day increments. It is the intent of this Order to extend all prior Executive Orders issued since March 13, 2020 as Executive Orders 2020-01, 2020-02, 2020-03; 2020-04; 2020-05; 2020-06 for all additional periods which are authorized under Tennessee law within the City of Chattanooga. To the extent that this Order conflicts with any prior Orders this Order shall control. Any businesses previously closed by a prior executive order from the Governor of Tennessee or this administration shall remain closed under the terms of this Order.

Issued this 9th day of April, 2020, pursuant to Tenn. Code Ann. §§ 38-9-101, et seq. and 58-8-104 and 58-2-110 (3) by the Mayor of the City of Chattanooga, Tennessee.

ANDY BERKE MAYOR OF THE CITY OF CHATTANOOGA

3

## ATTACHMENT A – CITY PARKS

| Location | Address |
|---|---|
| Avondale Park | 1305 Dodson Avenue |
| Batter's Place Tennis Courts | 8000 Batters Place Road |
| Belvoir Park | 25 Kenwood Circle |
| Belvoir Place Park | 114 Tuxedo Circle |
| Benham Williams Park | 405 Williams Drive |
| Blue Goose Hollow | 876 W 9th Ave |
| Boulevard Park | 4701 Divine Avenue |
| Brainerd Golf Course | 5303 Old Mission Road |
| Brainerd Park and Recreation Center | 1010 N Moore Road |
| Brown Acres Golf Course | 406 Brown Road |
| Caruthers Park | 3300 Brannon Avenue |
| Carver Park | 600 N Orchard Knob Avenue |
| Champions Club | 1096 Lupton Drive |
| Chew Chew Canine Park/Chattown Skatepark | 1785 Reggie White Boulevard |
| Church Street Park | 3813 Church Street |
| Churchville Mini Park | 1901 E 3rd Street |
| Clifton Hills Park | 2801 Clifton Terrace |
| Coolidge Park | 150 River Street |
| Delong Park | 3315 Delong Street |
| DuPont Ball Fields | 4499 North Access Road |
| DuPont Park | 4500 North Access Road |
| East Chattanooga Park | 2409 Dodson Avenue |
| East Lake Park | 3000 East 34th Street |
| East Lake Recreation Center Park | 3610 Dodds Avenue |
| Eastdale Park | 1312 Moss Drive |
| Frederick Park | 916 W 38th Street |
| Fort Negley Park | 1704 Mitchell Avenue |
| Frances B Wyatt Park | 406 Colville Street |

4

| | |
|---|---|
| Glenwood Park | 2610 East Third Street |
| Greenway Farm Park | 5051 Gann Store Road |
| Harris Johnson Park | 41 West 28th Street |
| Jack Benson Heritage Park | 1428 Jenkins Road |
| Hill City Park | 18 Trewhitt Street |
| Hixson Community Center/Park | 5401 School Drive |
| Hixson YA Ballfields | 5410 School Drive |
| Inspiration Park | 2408 Duncan Avenue |
| Jefferson Street Park | 1800 Jefferson Street |
| John A Patten Park | 3202 Kelly's Ferry Road |
| Lake Hills Park | 4395 Bellview Avenue |
| Lakeside Park | 4800 Swann Road |
| Lookout Valley / Warren Park | 370 Warren Place |
| Main Terrain Art Park | 450 West 13th Street |
| Memorial Auditorium Mini Park | 397 McCallie Avenue |
| Miller Park | 928 Market Street |
| Milliken Park | 100 West 45th Street |
| Montague Park | 1151 East 23rd Street |
| Mountain Creek Park | 1102 Mountain Creek Road |
| Murray Hills Park | 4125 Melinda Drive |
| North Chattanooga Park | 406 May Street |
| North River Soccer Complex | 4500 North Access Road |
| Overlook Park | 1 South Crest Road |
| Park City Park | 2606 Cannon Avenue |
| Park Place Park / Ted Bryant | 1003 East 10th Street |
| Patten Parkway | 12 Patten Parkway |
| Perkins Park | 860 Vine Street |
| Phillips Park | 700 Georiga Avenue |
| Piney Woods | 5217 Tanner Avenue |
| Portland Park | 1005 Suck Creek Road / 999 Signal Mountain Rd |

5

| | |
|---|---|
| Pringle Park | 2613 Long Street |
| Renaissance Park | 100 Manufacturers Road |
| Ridgedale Safewalk | 1304 Buckley Street |
| Rivermont Park | 1096 Lupton Drive |
| Riverside Park | 1004 Crutchfield Street |
| Riverview Bird Sanctuary | 1621 Riverview Road |
| Riverview Park | 1000 Barton Avenue |
| Ross' Landing | 100 Riverfront Parkway |
| Roy Nelms Park | 1609 W 41st Street |
| Shepherd Park | 2124 Shepherd Road |
| South Chattanooga Park | 1151 West 40th Street |
| Southside Community Park | 3506 Central Ave |
| St. Elmo Park | 4909 St Elmo Avenue |
| Stringers Ridge | 707 W Bell Ave, 1312 Spears Ave |
| Summit of Softball Complex | 4900 La Collina Way |
| Sylvan Park | 700 Franklin Street |
| Tacoa Park | 5205 Tacoa Circle |
| Tatum Park | 1609 Union Avenue |
| Tennessee Aquarium Plaza | 1 Broad Street |
| The Passage - Riverfront | 1 Broad Street |
| The Sinks Disc Golf Course | 4500 North Access Road |
| Tyner / East Brainerd Park | 6900 Ty-Hi Drive |
| Urban Art Garden | 11 N Seminole Drive |
| Walnut Street Bridge | 1 Walnut St |
| Warner Park | 1254 East 3rd Street |
| Washington Hills Park | 4620 Oakwood Drive |
| Watkins Street Park | 2411 East 12th Street |
| Sheila M Jennings Westside Park | 1211 Grove Street |
| Whiteside Park | 756 E Martin Luther King Boulevard |
| Enterprise South Trails | 190 Still Hollow Loop |

6

| | |
|---|---|
| Hawthorne Trailhead | 4001 N Hawthorne Street |
| North Chickamauga Creek Greenway | |
| South Chickamauga Creek Greenway & Levee | |
| Shallowford Road Trailhead | |
| Brainerd Road Trailhead | |
| Sterchi Farm Trailhead | 3000 Harrison Pike |
| Stringer's Ridge & All Trailheads | Spears Ave |
| Tennessee Riverwalk Greenway (Downtown) | |
| Walnut Street Bridge | 1 Walnut St |
| Blue Goose Hollow Trailhead | 876 W 9th Ave |
| Wheland Trailhed | 1599 Middle Street |
| Chestnut Street Trailhead | |

7

**Complaints about Businesses**

**Essential Business**: Essential Services businesses remaining open and permitted by this Order must conduct business in such a way to protect the health and safety of the community, employees, vendors, and the general public. This includes compliance with the Occupational Safety and Health Administration's (OSHA) Guidance on Preparing Workplaces for COVID-19 (https://www.osha.gov/Publications/OSHA3990.pdf) and other applicable state and federal workplace rules. Each workplace is different and its needs and ability to comply with social distancing and other hygienic measures will vary from industry to industry and business to business. OSHA is in the best position to assess a particular operation's compliance with its Guidance. You may contact the local TN OSHA office at (901) 543-7259. In addition, you may call the Hamilton County Health Department COVID-19 Call Center at (423) 209-8000 (available to take calls 8:00am-4:30pm, Monday-Sunday; if after hours, leave a message and your call will be returned the next day).

**Non-Essential Business**: If you believe a Non-Essential Business is not complying with the Order, please report it to 311. Include the name and location of the business and the specific nature of the violation.