Metropolitan Tabernacle Church v. City of Chattanooga

Complaint Exhibit 9:

City's April 14, 2020 Statement



# CONNECT WITH CHATTANOOGA

(https://connect.chattanooga.gov/)

Menu





(https://connect.chattanooga.gov/covid-social-media-campaign/)

# Para español, haz click aquí (https://connect.chattanooga.gov/covid-19-spanish/)



CDC COVID-19 UPDATES
(https://www.cdc.gov/coronavirus/2019-nCoV/index.html)



TN DEPT OF HEALTH COVID-19 UPDATES
(https://www.tn.gov/health/cedep/ncov.html)



BUSINESS & WORKFORCE RESOURCES
(https://connect.chattanooga.gov/covid/covidreso urces/)



FAQs
FREQUENTLY ASKED QUESTIONS
(https://connect.chattanooga.gov/covid/covid-19-faqs/)

# COVID-19 UPDATES

**April 14, 2020**

Within a month, the City of Chattanooga has gone from declaring a state of emergency about a global pandemic to confronting another natural disaster.

On March 13, Mayor Andy Berke placed the City of Chattanooga under a civil emergency amid the novel coronavirus outbreak. Just one month later, as the pandemic continued to spread in our community, the city was hit by a powerful EF3 tornado. So far, we can confirm two fatalities due to this storm, and our thoughts are with the families and loved ones of these victims.

This is an incredibly difficult time in our region. We're facing an unprecedented health crisis, which is requiring people to stay home and away from friends, work and loved ones, and now some of our residents have effectively been evicted from their homes.

Chattanoogans are strong. We've come together, especially over the last five years, to support one another in times of need and we will do that now.

It is crucial to note that the City of Chattanooga and the State of Tennessee remain under a shelter-in-place order until at least the end of April.

Please refrain from driving to the affected areas to see the destruction or to check on your friends. It is crucial that our first responders are allowed to continue their recovery work without impediment. The time for volunteer opportunities will come soon and if you'd like to be notified when those needs have been established please fill out the form at cha.city/volunteer (https://docs.google.com/forms/d/e/1FAIpQLSdjQgjclNVMSkdQd6RicNYqVA1dt1_k4bzXQ6uPv-BtqxylBQ/viewform?fbclid=IwAR1hnOVtCaAaEJ4osmlIxe8Yq_ad_cF8T-Xwrccm2Ic4fMo12bteBVERCjg).

**Simply put. Stay home.**

As of today, Tuesday, April 14 there are 109 positive cases in Hamilton County and 12 deaths. We continue to grieve with these families experiencing the loss of loved ones and friends.

A question we continue to get is when will things reopen? The City's team is consulting with local, regional and national health experts to get a sense of when this will happen but it's important to note that as of right now the City of Chattanooga remains under a shelter-in-place order.

The Mayor is required to reissue these orders every seven days and continues to do so until it is deemed safe to lift this order.

This means:

- Essential trips only -- grocery stores, medical needs, travel to work

- City Parks and Public Spaces will remain closed
- No drive-in church service
- Closure of all non-essential businesses
- Continued delivery and take-out service at restaurants and bars

We know this continues to be a difficult and frustrating time for our residents. We are seeing what good social distancing and shelter-in-place orders can do for communities around the United States.

If we all work together, stick out this shelter-in-place order, and practice safe social distancing, we'll get to the other side of this pandemic sooner and be on our way to reopening and rebuilding a truly resilient Chattanooga.





# Sign Up To Receive Updates on the Coronavirus in Chattanooga

**First Name**

**Last Name**

**Email \***

**Zip \***

**Phone**

☐ Send me text/sms updates

Submit

There is *no* vaccine for the coronavirus right now but there are some things you can do to minimize the chance of infection:

Wash your hands often with soap and water for at least 20 seconds, especially after going to the bathroom, before eating, and after coughing or sneezing.

If soap and water are not readily available, use an alcohol-based hand sanitizer with at least 60% alcohol.

Avoid touching your eyes, nose, and mouth with unwashed hands.

Avoid contact with people who are sick and stay home when you are sick.

Cover your cough or sneeze with a tissue and throw the tissue in the trash.

Clean and disinfect objects and surfaces using a regular household cleaning spray or wipe.



City of Chattanooga

Office of Mayor Andy Berke

423-643-7800

mayor@chattanooga.gov