UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

METROPOLITAN TABERNACLE CHURCH; and
PASTOR WILLIAM STEVEN BALL,

    Plaintiffs,

v.

CITY OF CHATTANOOGA; and MAYOR
ANDREW BERKE, in his official capacity,

    Defendants.

Case No. 1:20-cv-00100-JRG-SKL

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Metropolitan Tabernacle Church and William Ball, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    See attached for the required information.

[✓] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the DISTRICT court is attached.).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/17/2020

_____
(Signature–hand signed)

Name: Jonathan Caleb Dalton
Firm: Alliance Defending Freedom
Address:
    440 First Street, NW Suite 600, Washington, DC 20001

Email address: cdalton@ADFlegal.org

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

J. CALEB DALTON
ACTIVE BAR AND COURT ADMISSIONS

| **Bar** | **Date Admitted** |
|---|---|
| Arizona | 10/17/2013 |
| District of Columbia | 07/08/2016 |
| Virginia | 10/13/2012 |

| **Court** | **Date Admitted** |
|---|---|
| United States Supreme Court | 04/19/2017 |
| District of Columbia Court of Appeals | 07/08/2016 |
| United States Court of Appeals for the Third Circuit | 10/03/2013 |
| United States Court of Appeals for the Fourth Circuit | 03/13/2014 |
| United States District Court for the District of Arizona | 12/04/2013 |
| United States District Court for the Northern District of Florida | 10/01/2013 |
| United States District Court for the Eastern District of Michigan | 04/28/2016 |
| United States District Court for the Eastern District of Virginia | 12/20/2013 |
| Supreme Court of Arizona | 10/17/2013 |
| Supreme Court of Virginia | 10/29/2012 |

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, David J. Weaver, Clerk of Court, certify that*

# Jonathan Caleb Dalton

*was duly admitted to practice in this Court on 05/17/2016,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 04/17/2020.*

**David J. Weaver**
Clerk



Deputy Clerk