**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | |
|---|---|
| **METROPOLITAN TABERNACLE CHURCH**; and **PASTOR WILLIAM STEVEN BALL**, *Plaintiffs*, v. **CITY OF CHATTANOOGA**; and **MAYOR ANDREW BERKE**, in his official capacity, *Defendants*. | Case No.: 1:20-cv-00100-JRG-SKL |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Whereas Plaintiffs filed this action on April 16, 2020 challenging Defendants' ban on churches holding drive-in worship services.

Whereas, in response to this lawsuit, on April 17, 2020, Defendants promptly revised their policy to state that "there will be no prohibition of any drive-in services."

Whereas on April 28, 2020, the City announced that it will follow guidelines released by the Governor of Tennessee.

Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Plaintiffs voluntarily dismiss without prejudice all claims** brought in their Verified Complaint in the above-captioned case.

Respectfully submitted this 29th day of April, 2020.

| | |
|---|---|
| | /s/ Jonathan C. Dalton |
| Ryan J. Tucker* | J. Caleb Dalton* |
| AZ Bar No. 034382 | Virginia Bar Number: 83790 |
| Jeremiah Galus* | ALLIANCE DEFENDING FREEDOM |
| AZ Bar No. 030469 | 440 First Street NW, Suite 600 |
| ALLIANCE DEFENDING FREEDOM | Washington, D.C. 20001 |
| 15100 N. 90th Street | Telephone: (202) 393–8690 |
| Scottsdale, AZ 85260 | cdalton@ADFlegal.org |
| Telephone: (480) 444-0020 | |
| rtucker@adflegal.org | Nathan W. Kellum |
| jgalus@adflegal.org | MS Bar No. 8813 |
| | CENTER FOR RELIGIOUS EXPRESSION |
| David A. Cortman* | 699 Oakleaf Office Lane, Suite 107 |
| GA Bar No. 188810 | Memphis, TN 38117 |
| ALLIANCE DEFENDING FREEDOM | Telephone: (901) 684-5485 |
| 1000 Hurricane Shoals Rd. NE | nkellum@crelaw.org |
| Suite D-1100 | |
| Lawrenceville, GA 30043 | |
| Telephone: (770) 339-0774 | |
| dcortman@ADFlegal.org | |

ATTORNEYS FOR PLAINTIFFS

*Admitted *Pro Hac Vice*.